JS - 6/ENTER

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GILARDO SANCHEZ, | Case No. CV 11-0692-GHK (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| T.E. BUSBY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated:    9/18/11

George H. King
United States District Judge