# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

GILARDO SANCHEZ,

    Petitioner,

v.

T.E. BUSBY, Warden,

    Respondent.

Case No. CV 11-0692-GHK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 9/18/11

George H. King
United States District Judge